UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For a Petty Offense)-- Short Form |
| | CASE NUMBER: 3:04mj247 |
| QUIANA ROBERTA SPIRES | |
| | ROBERT DENNIS, AFPD |
| | Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) 1

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS § 322.34(2) | DRIVING WHILE LICENSE SUSPENDED | 7/15/04 | 1 |

Count(s) ___ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney on or before June 6, 2005.

| Assessment | Fine |
|---|---|
| $ 10.00 | $ 65.00 |

Date of Imposition of Sentence - 5/5/05

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 5-5-05

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
PENSACOLA, FLA.

05 MAY -5 PM 3: 10

FILED